927 So.2d 1024 (2006)
Raymond BROWN, Jr., Appellant,
v.
STATE of Florida, Appellee.
No. 4D06-891.
District Court of Appeal of Florida, Fourth District.
May 3, 2006.
Raymond Brown, Jr., Immokalee, pro se.
No appearance required for appellee.
PER CURIAM.
Affirmed. Paccione v. State, 862 So.2d 908 (Fla. 4th DCA 2003); Szuch v. State, 780 So.2d 290 (Fla. 4th DCA 2001). Conflict is certified with King v. State, 911 So.2d 229 (Fla. 2d DCA 2005), and Kidd v. State, 855 So.2d 1165 (Fla. 5th DCA 2003).
STONE, FARMER and MAY, JJ., concur.